UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEA-TRAYLOR-HEALY, A JOINT VENTURE,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS WATER RESOURCES AUTHORITY,<br><br>Defendant. | 04 11969 NMG |

## SHEA-TRAYLOR-HEALY, A JOINT VENTURE'S LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Plaintiff Shea-Traylor-Healy, a Joint Venture hereby states that it STH is a Joint Venture consisting of J.F. Shea Co., Inc., Traylor Brothers, Inc. and S.A. Healy Company.

J.F. Shea Co., Inc. states that no publicly held corporation owns 10% or more of its stock and that it has no corporate parents. Traylor Brothers, Inc. states that no publicly held corporation owns 10% or more of its stock and that it has no corporate parents. S.A. Healy Company states that no publicly held corporation in the United States owns 10% or more of its stock, however, S.A. Healy Company is 100% owned by Impregilo SpA Milano, a publicly traded company in Italy.

Respectfully submitted,

**SHEA-TRAYLOR-HEALY,
A JOINT VENTURE**

By its attorney,

*[signature]*

Joel Lewin, Esq. (BBO #298040)
**Hinckley, Allen & Snyder LLP**
28 State Street, 29th Floor
Boston, Massachusetts 02109-1775
Tel: (617) 345-9000

Dated: September 10, 2004

#499525