AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States Court          District of    Massachusetts

Shea-Traylor-Healy,
A Joint Venture

V.

Massachusetts Water Resources Authority

SUMMONS IN A CIVIL CASE

CASE 04 11969 NMG

TO: (Name and address of Defendant)

Massachusetts Water Resources Authority (MWRA)
100 First Avenue
Charlestown Navy Yard
Boston, MA   02129

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joel Lewin, Esq.
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, MA   02109

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    9/10/2004

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date                           *Signature of Server*

_____
*Address of Server*

---

Suffolk, ss.

September 17, 2004

I hereby certify and return that on 9/15/2004 at 10:45AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Patty Rossetti, Secretary, for Massachusetts Water Resources Authority, at , 100 First Avenue-Charlestown, Navy Yard Charlestown, MA 02129-129-. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Conveyance ($1.50), Travel ($3.20), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $45.70

Deputy Sheriff

**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**