UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHEA-TRAYLOR-HEALY,<br>A JOINT VENTURE,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS WATER<br>RESOURCES AUTHORITY,<br>    Defendant | C.A. No. 04 11969 NMG |

### ASSENTED TO MOTION OF THE DEFENDANT MASSACHUSETTS WATER RESOURCES AUTHORITY TO ENLARGE THE TIME FOR FILING A RESPONSIVE PLEADING TO THE COMPLAINT

The Defendant Massachusetts Water Resources Authority ("MWRA") hereby respectfully moves that this Court enlarge the time in which it may file its answer or other responsive pleading to the Plaintiff's Complaint from Tuesday, October 5, 2004 to and including Friday, October 29, 2004. The Defendant MWRA was served on September 15, 2004.

The Defendant MWRA assigns as grounds for its motion (i) the need to retrieve archived records and contract documents for the now completed construction project which is the subject matter of Plaintiff's suit, (ii) its need to consult with its project manager for the contract, Stone & Webster, Inc., concerning its role in the underlying dispute, and (iii) its need to determine from these and other sources whether the Plaintiff has chosen the right court, the right party and the

right remedy by which to advance its contract claim.

The Plaintiff, by its counsel, has assented to Defendant's request for an enlargement of the time to file its responsive pleading through and including October 29, 2004.

Respectfully submitted,

MASSACHUSETTS WATER
RESOURCES AUTHORITY

By its attorneys,

_____
Steven A. Remsberg, BBO #416620
John Navoy, BBO #367780
Massachusetts Water Resources
 Authority
100 First Avenue, Building 39
Charlestown Navy Yard
Boston, Massachusetts 02129
(617) 788-1145

Dated: September 30, 2004

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true copy of the foregoing motion to be served upon Plaintiff by mailing same by first class mail, postage prepaid, to the offices of its counsel of record on September 30, 2004 as follows:

Joel Lewin, Esq.
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, MA 02109-1775

_____
Steven A. Remsberg

2