UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEA-TRAYLOR-HEALY, A JOINT VENTURE, </br></br>Plaintiff, </br></br>v. </br></br>MASSACHUSETTS WATER RESOURCES AUTHORITY, </br></br>Defendant. | 04-11969 NMG |

MOTION FOR ADMISSION OF HENRY D. DANFORTH and ARNIE B. MASON
*PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), plaintiff, Shea-Traylor-Healy, A Joint Venture ("STH"), by and through its attorneys, HINCKLEY, ALLEN & SNYDER, LLP, respectfully moves this Court to admit Henry D. Danforth and Arnie B. Mason, members of the law firm of Watt, Tieder, Hoffar & Fitzgerald, LLP, 8405 Greensboro Drive, Suite 100, McLean, Virginia 22102-4224, (703) 749-1000, to practice before this Court solely for the purpose of appearing as counsel for STH in the above-captioned case. As grounds for this motion, moving counsel states the following:

1. Moving counsel serves as counsel of record for STH.

2. Henry D. Danforth, Esq. is admitted to practice before, and is a member in good standing of, the Bar of the Commonwealth of Virginia, the U.S. District Court for the Eastern District of Virginia and the U.S. Court of Federal Claims.

3. Arnie B. Mason, Esq. is admitted to practice before, and is a member in good standing of, the Bar of the Commonwealth of Virginia, the U.S. District Court and

the U.S. Bankruptcy Court for the Eastern District of Virginia, the U.S. District Court for the District of Columbia, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Federal Claims and the Bar of the District of Columbia.

4. There are no disciplinary proceedings pending against Attorneys Danforth or Mason in any jurisdiction, and neither attorney has been suspended or disbarred in any jurisdiction.

5. Declarations completed by Attorneys Danforth and Mason in the form required by Local Rule 85.5.3(b) are attached hereto. As indicated in the Declarations, Attorneys Danforth and Mason are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, moving counsel respectfully requests that Henry D. Danforth and Arnie B. Mason be granted leave to appear and practice on behalf of Shea-Traylor-Healy, A Joint Venture in this action.

October 6, 2004

Respectfully submitted,
**SHEA-TRAYLOR-HEALY,
A JOINT VENTURE**

By its attorney,

Joel Lewin (BBO #298040)
Jeremy Blackowicz (BBO #650945)
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, MA 02109
(617) 345-9000

501536

2

OF COUNSEL:
Watt, Tieder, Hoffar & Fitzgerald, LLP
Henry D. Danforth
Arnie B. Mason
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102-5104
(703) 749-1000

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Motion for Admission of Henry D. Danforth and Arnie B. Mason *Pro Hac Vice* to be served on all counsel of record in the above-captioned matter via first class mail on this 6th day of October, 2004.

_____
Jeremy Blackowicz

501536                                   3