UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEA-TRAYLOR-HEALY,<br>A JOINT VENTURE,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS WATER RESOURCES<br>AUTHORITY,<br><br>    Defendant. | 04-11969 NMG<br><br>FEE PAID:<br>RECEIPT # 29196<br>AMOUNT $ 50.00<br>BY DPTY CLK<br>DATE 10/12/04 |

## DECLARATION OF ARNIE B. MASON
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Arnie B. Mason, being duly sworn, do depose and say:

1. I am an associate of the firm Watt, Tieder, Hoffar & Fitzgerald, LLP, which is located at 8405 Greensboro Drive, Suite 100, McLean, Virginia 22102-4224. My office telephone number is (703) 749-1000.

2. I am admitted to practice before, and am a member in good standing of, the Bar of the Commonwealth of Virginia, the U.S. District Court and the U.S. Bankruptcy Court for the Eastern District of Virginia, the U.S. District Court for the District of Columbia, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Federal Claims and the Bar of the District of Columbia.

3. I have never been suspended, disbarred or disciplined by any court. In addition, there are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

    4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 28th day of September, 2004.

*Arnie B. Mason*
Arnie B. Mason

#501535                                                                                           2