UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEA-TRAYLOR-HEALY, A JOINT VENTURE,<br><br>  Plaintiff,<br><br>v.<br><br>MASSACHUSETTS WATER RESOURCES AUTHORITY,<br><br>  Defendant. | 04-11969 NMG<br><br>FEE PAID<br>RECEIPT #_____<br>AMOUNT $_____<br>BY DPT_____ |

### DECLARATION OF HENRY D. DANFORTH
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Henry D. Danforth, being duly sworn, do depose and say:

1. I am a partner of the firm Watt, Tieder, Hoffar & Fitzgerald, LLP, which is located at 8405 Greensboro Drive, Suite 100, McLean, Virginia 22102-4224. My office telephone number is (703) 749-1000.

2. I am admitted to practice before, and am a member in good standing of, the Bar of the Commonwealth of Virginia, the U.S. District Court for the Eastern District of Virginia and the U.S. Court of Federal Claims.

3. I have never been suspended, disbarred or disciplined by any court. In addition, there are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this \_\_\_26th\_\_\_ day of September, 2004.

_____
Henry D. Danforth

#501538

2