UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEA-TRAYLOR-HEALY, A JOINT VENTURE, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS WATER RESOURCES AUTHORITY <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )    CIVIL ACTION NO. 04-11969-NMG |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

Please enter our appearance on behalf of the Defendant.

Respectfully submitted,

MASSACHUSETTS WATER
RESOURCES AUTHORITY

By its attorneys,

NELSON, KINDER, MOSSEAU & SATURLEY, P.C.

*/s/ Paul Milligan*
Michael T. McInerny (BBO# 549480)
Paul T. Milligan (BBO# 552574)
45 Milk Street, 7th Floor
Boston, MA 02109
(617) 778-7500 (tel.)
(617) 778-7501 (fax)

Dated: March 2, 2005

## CERTIFICATE OF SERVICE

  I certify that a true copy of the above document was electronically served on all counsel of record, with a courtesy copy by first class regular mail, postage prepaid, as required by the Standing Order of This Court.

*Paul Milligan*
Paul T. Milligan

Date: March 2, 2005