UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR -3 P 3: 01
U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| SHEA-TRAYLOR-HEALY, )<br>A JOINT VENTURE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>MASSACHUSETTS WATER )<br>RESOURCES AUTHORITY )<br>)<br>Defendant. ) | CIVIL ACTION NO. 04-11969-NMG |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter our appearance on behalf of the Defendant.

Respectfully submitted,

MASSACHUSETTS WATER
RESOURCES AUTHORITY

By its attorneys,

NELSON, KINDER, MOSSEAU & SATURLEY, P.C.

_Paul Milligan_
Michael T. McInerny (BBO# 549480)
Paul T. Milligan (BBO# 552574)
45 Milk Street, 7th Floor
Boston, MA 02109
(617) 778-7500 (tel.)
(617) 778-7501 (fax)

Dated: _March 3, 2005_

## CERTIFICATE OF SERVICE

     I certify that a true copy of the above document was electronically served on all counsel of record, with a courtesy copy by first class regular mail, postage prepaid, as required by the Standing Order of This Court.

*Paul Milligan*
Paul T. Milligan

Date: March 3, 2005