UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEA-TRAYLOR-HEALY, <br> A JOINT VENTURE, <br><br> Plaintiff, <br><br> v. <br> MASSACHUSETTS WATER <br> RESOURCES AUTHORITY <br><br> Defendant. | CIVIL ACTION NO. 04-11969-NMG |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF THE DEFENDANT, MASSACHUSETTS WATER RESOURCES AUTHORITY

Pursuant to Local Rule 16.1(D)(3) of the United States District Court for the District of Massachusetts, the Defendant, Massachusetts Water Resources Authority and its counsel hereby affirm that they have conferred:

(1) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(2) to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs, such as those outlined in Local Rule 16.4.

MASSACHUSETTS WATER
RESOURCES AUTHORITY

_____
Kevin P. Feeley, Director of Procurement

The Defendant,

MASSACHUSETTS WATER
RESOURCES AUTHORITY,

By its Attorneys,

Date: 4/28/05

*Paul Milligan*

Michael T. McInerny, BBO NO. 549480
Paul T. Milligan, BBO NO. 552574
Nelson Kinder Mosseau & Saturley, P.C.
45 Milk Street, 7th Floor
Boston, Massachusetts 02109
(617) 778-7500 (Tel.)
(617) 778-7501 (Fax)

Certificate of Service

I certify that a true copy of the above document was electronically served on all counsel of record, with a courtesy copy by first class regular mail, postage prepaid, as required by the Standing Order of This Court.

*Paul Milligan*
Paul T. Milligan