UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEA-TRAYLOR-HEALY,<br>A JOINT VENTURE,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS WATER RESOURCES<br>AUTHORITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 04-11969-NMG<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION

The undersigned hereby certifies that, pursuant to Local Rule 16.1(D)(3), Shea-Traylor-Healy, a Joint Venture ("STH") and its undersigned counsel have conferred with a view to establishing a budget for the costs of conducting the full course, as well as alternative courses, of this litigation. In addition, STH has conferred with its undersigned counsel to consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4—mini-trial; summary jury trial; and mediation.

_____
C.M. Atherton
Authorized Representative of
**Shea-Traylor-Healy, a Joint Venture**


DATED: April 28, 2005.

/s/ Joel Lewin
_____
Joel Lewin, Esq. (BBO # 298040)
Jeremy Blackowicz, Esq. (BBO #650945)
**Hinckley, Allen & Snyder, LLP**
28 State Street
Boston, MA 02109
Tel: (617) 345-9000

Henry D. Danforth, Esq. (admitted pro hac vice)
Arnie B. Mason, Esq. (admitted pro hac vice)
**Watt, Tieder, Hoffar & Fitzgerald, L.L.P.**
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000

#255221