UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEA-TRAYLOR-HEALY,<br>A JOINT VENTURE,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS WATER<br>RESOURCES AUTHORITY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-11969-NMG<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT AND AGENDA

Pursuant to Local Rule 16.1 and the Court's Notice of Scheduling Conference, Plaintiff Shea-Traylor-Healy, a Joint Venture ("STH"), and Defendant Massachusetts Water Resources Authority ("MWRA") hereby submit this joint statement and agenda as follows:

### I.   AGENDA

1.   The status of the pending Motion to Dismiss.

2.   The scope and duration of discovery.

3.   Consideration of the desirability of bifurcated discovery, targeted to determine whether STH can establish liability by using the prime contract to challenge a decision rendered within the Project Labor Agreement.

### II.   PROPOSED SCHEDULE

1)   The parties agree that the scope of discovery in this matter shall conform to the requirements of Fed. R. Civ. P. 26(b) and, in preparing this plan, have taken into account the desirability of conducting phased discovery in accordance with Local Rule 16.1(D)(1)(b).

2) Initial Disclosures pursuant to Federal Rules of Civil Procedure ("FRCP") 26(a)(1) to be completed by May 27, 2005.

3) Each party shall serve a request for the production of documents pursuant to FRCP 34 on or before June 15, 2005.

4) Each party is limited to ten (10) depositions, including experts; twenty-five (25) interrogatories, including subparts; twenty-five (25) requests for admission; and two (2) separate documents requests (which includes requests for documents the existence of which were ascertained at deposition).

5) Non-privileged documents responsive to the propounded documents requests shall be produced or made available for inspection and copying, together with any privilege log pursuant to FRCP 34, on or before July 15, 2005.

6) All discovery, other than expert discovery and disclosure, shall be completed by October 15, 2005.

7) Notwithstanding the cut-off date for non-expert discovery, either party may serve requests for admission at any time up to and including forty-five days prior to trial.

8) STH shall make its expert disclosures pursuant to FRCP 26(a)(2) no later than November 15, 2005.

9) MWRA shall make its expert disclosures pursuant to FRCP 26(a)(2) no later than December 15, 2005.

10) Any depositions of identified expert witnesses shall be completed by January 31, 2006.

11) Any motions for summary judgment or partial summary judgment shall be served on or before March 1, 2006.

12) The parties agree to the deadlines and/or discovery limitations set forth herein. In the event that there is a need for good cause shown to alter or amend these deadlines and/or discovery limitations, the parties shall attempt in good faith to resolve the issue informally before seeking relief from the Court. For any request for relief from the above deadlines or discovery limitations, whether joint or without assent, the parties (jointly or individually) will file the appropriate pleading with the Court for approval.

### III. ADDITIONAL MATTERS

Pursuant to the Court's Notice of Scheduling Conference, the parties have discussed the possibility of trial by magistrate judge. Although the parties have not reached agreement on this matter, they will continue to confer regarding the same.

| SHEA-TRAYLOR-HEALY, A JOINT VENTURE | MASSACHUSETTS WATER RESOURCES AUTHORITY |
|---|---|
| /s/ Henry Danforth<br>Arnie B. Mason, Esq.<br>Henry D. Danforth, Esq.<br>Watt, Tieder, Hoffar & Fitzgerald, LLP<br>8405 Greensboro Drive<br>Suite 100<br>McLean, VA 22102-4224<br>(703) 749-1000 | /s/ John V. Navoy<br>John V. Navoy, Esq.<br>Steven A. Remsberg, Esq.<br>Massachusetts Water Resources Authority<br>Charlestown Navy Yard<br>100 First Avenue<br>Boston, MA 02129 |
| /s/ Joel Lewin<br>Joel Lewin, Esq. (BBO # 298040)<br>Jeremy U. Blackowicz, Esq. (BBO# 650945)<br>Hinckley, Allen & Snyder LLP<br>28 State Street, 29th Floor<br>Boston, MA 02109-1775<br>(617) 345-9000 (tel.)<br>(617) 345-9020 (fax) | /s/ Paul T. Milligan<br>Michael T. McInerny, Esq. (BBO# 549480)<br>Paul T. Milligan, Esq. (BBO# 552574)<br>Nelson Kinder Mosseau & Saturley, P.C.<br>45 Milk Street, 7th Floor<br>Boston, MA 02109<br>(617) 778-7500 (tel.)<br>(617) 778-7501 (fax) |

Date: 4/29/05

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was electronically served on all counsel of record, with a courtesy copy by first class regular mail, postage prepaid, as required by the Standing Order of This Court.

/s/ Joel Lewin

Date: 4/29/05