UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEA-TRAYLOR-HEALY, <br> A JOINT VENTURE <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS WATER <br> RESOURCES AUTHORITY <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-11969-NMG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ENTRY OF APPEARANCE**

I, Eric F. Eisenberg, of the law firm of Hinckley, Allen & Snyder LLP hereby enter my appearance for and on behalf of the Plaintiff, Shea-Traylor-Healy, A Joint Venture.

/s/ Eric F. Eisenberg
Eric F. Eisenberg (BBO #544682)
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
(617) 345-9000 (phone)
(617) 345-9020 (facsimile)

Dated: May 4, 2005

**CERTIFICATE OF SERVICE**

I certify that on this 4th day of May 2005, a true copy of the above document was electronically served on all counsel of record, with a courtesy copy by first class regular mail, postage prepaid, as required by the Standing Order of This Court.

/s/ Eric F. Eisenberg

#528000v1