UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEA-TRAYLOR-HEALY, A JOINT VENTURE, <br><br>Plaintiff, <br><br>v. <br><br>MASSACHUSETTS WATER RESOURCES AUTHORITY <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   CIVIL ACTION NO. 04-11969-NMG |

**INITIAL AUTOMATIC DISCLOSURE OF
THE DEFENDANT, MASSACHUSETTS WATER RESOURCES AUTHORITY**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.1(A), and this Court's Scheduling Order, the Defendant, Massachusetts Water Resources Authority ("MWRA"), provides the following initial Automatic Disclosures:

A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information.

   **Owner**

   Massachusetts Water Resources Authority
   Charlestown Navy Yard
   Boston, MA

   1. Ayer, Dan
   2. Brown, Ed
   3. Chin, Ken
   4. Critchfield, John
   5. Daley, Neville
   6. DePaola, Frank
   7. Eckler, Paul
   8. Kaplin, John
   9. McBride, Mike
   10. Shawcross, John
   11. Westberg, Frank
   12. Whelan, Paul

**Construction Manager/Project Contractor**

Stone & Webster
Stoughton, MA

1. Annaratone, Thomas
2. Bjornsen, Todd
3. Ellenberger, D.
4. Follin, Albert
5. Healy, Peter
6. Ives, Richard
7. Johnson, Burton
8. Kwon, Greg
9. LeFrancois, Pierre
10. Lieberman, Mike
11. McCarthy, Bill
12. Nardella, D.
13. Ohnigian, Jim
14. Paiva, Jay
15. Paiva, Judy
16. Peyton, Tom
17. Sekinger, Chuck
18. Shanabrook, Nevin
19. Smith, Alan
20. Stewart, Tony

**Prime Contractor**

Shea-Traylor-Healy

1. Atherton, C.H.
2. Baker, Anthony
3. Buoniconto, M
4. Burg, Shelley
5. Hodsdon, Bob
6. Kelso, Chuck
7. Leshinski, Michelle
8. MacCarthy, B.
9. Marquardt, Jim
10. Meyers, Allen
11. Meyers, J.R.
12. Rosteck, Jim
13. Salai, Jeff
14. Standley, R.
15. Swydan, Paul

**Subcontractor**

K C Electric Co. Inc.
Salem, NH

1. Cohen, Ken
2. Cohen, Nancy
3. Collins, James
4. Mulvaney, Paul
5. O'Keefe, Paul
6. Reisner, Don
7. Sullivan, Dennis

IBEW Local 103
Dorchester, MA

1. Monahan, Richard
2. Sheehan, Joe

Department of Public Safety,
Commonwealth of Massachusetts

1. O'Connor, Hugh

Construction Industries of Massachusetts

1. O'Reilly, John D.

**A.1** **Further, as set forth in the Parties' Joint Statement on Bifurcated Discovery for Phase One Discovery, the Defendant further states:**

1. Jim Marquardt
2. Hugh J. O'Connor
3. Chuck Sekinger
4. Jeff Salia
5. Tony Stewart
6. Peter Healy
7. Ken Cohen
8. James Collins
9. Don Reisner
10. Joe Sheehan
11. C.H. Atherton

The defendant reserves the right to supplement and/or amend the lists set forth in (A) and (A.1), above.

B.  **A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party.**

    (1)    MWRA Contract No. 6055 CP-2 Contract documents, including, but not limited to:

        (a)    bid documents and associated materials;
        (b)    plans and specifications;
        (c)    correspondence between the MWRA and Shea-Traylor-Healy; and
        (d)    correspondence between Stone & Webster and Shea-Traylor-Healy.

    (2)    MWRA Agreement with Stone & Webster for Construction Management and Resident Inspection Services, Contract No. 52824, and subsequent amendments and assignment.

    (3)    MWRA Contract No. 6055 CP-2 Contract administration materials, including, but not limited to:

        (a)    correspondence between the MWRA and Shea-Traylor-Healy;
        (b)    correspondence between Stone & Webster and Shea-Traylor-Healy;
        (c)    change orders;
        (d)    contract change requests;
        (e)    permits;
        (f)    safety/security;
        (g)    meeting minutes;
        (h)    project schedules;
        (i)    photographs;
        (j)    drawings;
        (k)    shop drawings; and
        (l)    submittals.

    (4)    Project Labor Agreement between Stone & Webster Company, Inc. and the Building and Construction Trades Department, AFL-CI0, The Massachusetts Building and Construction Trades Council, and Affiliated Local Union, and,

        (a)    correspondence between the MWRA and Shea-Traylor-Healy; and
        (b)    correspondence between Stone & Webster and Shea-Traylor-Healy.

    (5)    Reports, including, but not limited to:

        (a)    progress reports;
        (b)    shift reports;
        (c)    daily reports;
        (d)    monthly reports;
        (e)    inspection reports;
        (f)    test reports; and
        (g)    field notes/diaries.

The documents identified above are located in the MWRA's storage facility at the Fore River Shipyard, Quincy, Massachusetts, and/or at the MWRA, Charlestown Naval Yard, Boston, MA.

**B.1    Further, as set forth in the Parties' Joint Statement on Bifurcated Discovery for Phase One Discovery, the Defendant further states:**

1. MWRA Contract No. 6055 CP-2.
2. MWRA Agreement with Stone & Webster for Construction Management and Resident Inspection Services.
3. Project Labor Agreement as referenced above, dated January 1996, as incorporated into and as administered for MWRA Contract No. 6055 CP-2.
4. Letter dated September 25, 2001 from Marquardt to Stone & Webster.
5. Letter dated November 13, 2001 from Marquardt to Stone Webster.
6. Letter dated April 29, 2002 from Stone & Webster to Marquardt.

**C.    A computation of any category of damages claimed by the disclosing party.**

None at this time.

**D.    For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable.**

Not applicable.

Respectfully submitted,

MASSACHUSETTS WATER RESOURCES AUTHORITY,

By its Attorneys,

/s/Paul T. Milligan
Michael T. McInerny, BBO #549480
Paul T. Milligan, BBO #552574
Nelson Kinder Mosseau & Saturley, P.C.
45 Milk Street, 7th Floor
Boston, MA  02109
(617) 778-7500

/s/John V. Navoy
Steven A. Remsberg, Esq. BBO# 416620
John V. Navoy, Esq. BBO# 367780
Massachusetts Water Resources Authority
Charlestown Navy Yard
100 First Avenue, Building 39
Boston, MA  02129
(617) 788-1145

Date: May 26, 2005

**CERTIFICATE OF SERVICE**

    I certify that a true copy of the above document was electronically served on all counsel of record, with a courtesy copy by first class regular mail, postage prepaid, as required by the Standing Order of This Court.

                                  /s/Paul T. Milligan
                                  Paul T. Milligan

Date: May 26, 2005