UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHEA-TRAYLOR-HEALY,<br>A JOINT VENTURE,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS WATER RESOURCES<br>AUTHORITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 04-11969-NMG |

## PLAINTIFFS' RULE 26 AUTOMATIC DISCOVERY DISCLOSURES

Pursuant to F.R.C.P. 26(a)(1) and Local Rules 26.1 and 26.2, Plaintiff Shea-Traylor-Healy, a Joint Venture ("STH") hereby provides the following automatic required discovery disclosure. Plaintiffs acknowledge that this disclosure obligation continues throughout the case and will supplement this statement as additional documents are located and additional information is received by its counsel.

I.    **Individuals With Discoverable Information**

The following individuals are likely to have discoverable information relevant to facts alleged with particularity in Plaintiffs' Complaint. As our investigation into this matter is ongoing, Plaintiffs reserve the right to supplement this list:

1.    James M. Marquardt
      J.F. Shea Company, Inc.
      713 10th Ave.
      New York, NY  10019
      (201) 866-6800

Mr. Marquardt may have knowledge regarding the Contract provisions relevant to STH's Shaft N Electricians Manning Claim, STH's agreement with KC Electric to provide electricians

1

for the Project, labor-management issues on the Project, MWRA/Stone & Webster's denial of STH's remedies under the Contract relating to the topside manning of Shaft N with electricians, STH's actual topside manning of Shaft N with electricians and the costs thereof, STH's Shaft N Electricians Manning Claim and/or MWRA's denial of STH's Shaft N Electricians Manning Claim.

2.      Mr. Jeff Salai
        J.F. Shea Company, Inc.
        713 10th Ave.
        New York, NY  10019
        (212) 564-8552

Mr. Salai may have knowledge regarding the Contract provisions relevant to STH's Shaft N Electricians Manning Claim, STH's agreement with KC Electric to provide electricians for the Project, labor-management issues on the Project, MWRA/Stone & Webster's denial of STH's remedies under the Contract relating to the topside manning of Shaft N with electricians, STH's actual topside manning of Shaft N with electricians and the costs thereof, STH's Shaft N Electricians Manning Claim and/or MWRA's denial of STH's Shaft N Electricians Manning Claim.

3.      Mr. Jim Rosteck
        J.F. Shea Company, Inc.
        713 10th Ave.
        New York, NY  10019
        (201) 866-6800

Mr. Rosteck may have knowledge regarding the Contract provisions relevant to STH's Shaft N Electricians Manning Claim, STH's agreement with KC Electric to provide electricians for the Project, labor-management issues on the Project, MWRA/Stone & Webster's denial of STH's remedies under the Contract relating to the topside manning of Shaft N with electricians, STH's actual topside manning of Shaft N with electricians and the costs thereof, STH's Shaft N

Electricians Manning Claim and/or MWRA's denial of STH's Shaft N Electricians Manning

Claim.

4.    Mr. C.H. Atherton
      J.F. Shea Company, Inc.
      7910 Woodmont Avenue
      Suite 909
      Bethesda, MD  20814
      (301) 656-3562

Mr. Atherton may have knowledge regarding the Contract provisions relevant to STH's

Shaft N Electricians Manning Claim, labor-management issues on the Project, STH's Shaft N

Electricians Manning Claim and/or MWRA's denial of STH's Shaft N Electricians Manning

Claim.

5.    Mr. Michael J. McBride, P.E.
      Former MWRA Employee
      Address Unknown

Mr. McBride may have knowledge regarding the Contract provisions relevant to STH's

Shaft N Electricians Manning Claim, STH's Shaft N Electricians Manning Claim and/or

MWRA's denial of STH's Shaft N Electricians Manning Claim.

6.    Mr. Ken Chin
      MWRA
      Charlestown Navy Yard
      100 First Avenue
      Boston, MA  02129
      (617) 788 1170

Mr. Chin may have knowledge regarding the Contract provisions relevant to STH's Shaft

N Electricians Manning Claim, MWRA/Stone & Webster's denial of STH's remedies under the

Contract relating to the topside manning of Shaft N with electricians, STH's actual topside

manning of Shaft N with electricians, STH's Shaft N Electricians Manning Claim and/or

MWRA's denial of STH's Shaft N Electricians Manning Claim.

7.    Mr. A.J. Stewart
      Stone & Webster Civil and Transportation Services, Inc. (retired)
      41 Yaupon Way
      Oak Island, NC 28465
      (910)-278-4749

Mr. Stewart may have knowledge regarding the Contract provisions relevant to STH's

Shaft N Electricians Manning Claim, MWRA/Stone & Webster's denial of STH's remedies under

the Contract relating to the topside manning of Shaft N with electricians, STH's actual topside

manning of Shaft N with electricians and the costs thereof, STH's Shaft N Electricians Manning

Claim and/or MWRA's denial of STH's Shaft N Electricians Manning Claim.

8.    Mr. Chuck Sekinger
      The Shaw Group (formerly Stone & Webster Civil and Transportation Services, Inc.)
      100 Technology Center Drive
      Stoughton, MA 02072
      (617)-589-5111

Mr. Sekinger may have knowledge regarding the Contract provisions relevant to STH's

Shaft N Electricians Manning Claim, labor-management issues on the Project, MWRA/Stone &

Webster's denial of STH's remedies under the Contract relating to the topside manning of Shaft

N with electricians, STH's actual topside manning of Shaft N with electricians, STH's Shaft N

Electricians Manning Claim and/or MWRA's denial of STH's Shaft N Electricians Manning

Claim.

9.    Mr. Peter Healy
      Stone & Webster Civil and Transportation Services, Inc.
      Address Unknown

Mr. Healy may have knowledge regarding the Contract provisions relevant to STH's

Shaft N Electricians Manning Claim, MWRA/Stone & Webster's denial of STH's remedies under

the Contract relating to the topside manning of Shaft N with electricians, and/or STH's actual

topside manning of Shaft N with electricians.

4

10.     N. Shanabrook
        Stone & Webster Civil and Transportation Services, Inc.
        Address Unknown

Mr. Shanabrook may have knowledge regarding MWRA/Stone & Webster's denial of

STH's remedies under the Contract relating to the topside manning of Shaft N with electricians.

11.     Mr. Hugh O'Connor
        Massachusetts Department of Public Safety
        Address Unknown

Mr. O'Connor may have knowledge regarding MWRA/Stone & Webster's denial of

STH's remedies under the Contract relating to the topside manning of Shaft N with electricians

and/or STH's actual topside manning of Shaft N with electricians.

12.     Ken Cohen
        KC Electric, Inc.
        Address Unknown

Mr. Cohen may have knowledge regarding the Contract provisions relevant to STH's

Shaft N Electricians Manning Claim, STH's agreement with KC Electric to provide electricians

for the Project, labor-management issues on the Project, MWRA/Stone & Webster's denial of

STH's remedies under the Contract relating to the topside manning of Shaft N with electricians

and/or STH's actual topside manning of Shaft N with electricians and the costs thereof.

13.     Nancy Cohen
        KC Electric, Inc.
        Address Unknown

Ms. Cohen may have knowledge regarding the Contract provisions relevant to STH's

Shaft N Electricians Manning Claim, STH's agreement with KC Electric to provide electricians

for the Project, labor-management issues on the Project, MWRA/Stone & Webster's denial of

STH's remedies under the Contract relating to the topside manning of Shaft N with electricians

and/or STH's actual topside manning of Shaft N with electricians and the costs thereof.

14.    Mr. James Collins
       KC Electric, Inc.
       Address Unknown

Mr. Collins may have knowledge regarding the Contract provisions relevant to STH's

Shaft N Electricians Manning Claim, STH's agreement with KC Electric to provide electricians

for the Project, labor-management issues on the Project, MWRA/Stone & Webster's denial of

STH's remedies under the Contract relating to the topside manning of Shaft N with electricians

and/or STH's actual topside manning of Shaft N with electricians and the costs thereof.

15.    Mr. Don Reisner
       KC Electric, Inc.
       Address Unknown

Mr. Reisner may have knowledge regarding the Contract provisions relevant to STH's

Shaft N Electricians Manning Claim, STH's agreement with KC Electric to provide electricians

for the Project, labor-management issues on the Project, MWRA/Stone & Webster's denial of

STH's remedies under the Contract relating to the topside manning of Shaft N with electricians

and/or STH's actual topside manning of Shaft N with electricians and the costs thereof.

16.    Mr. Joseph Sheehan
       International Brotherhood of Electrical Workers, Local 103
       Address Unknown

Mr. Sheehan may have knowledge regarding MWRA/Stone & Webster's denial of STH's

remedies under the Contract relating to the topside manning of Shaft N with electricians, STH's

actual topside manning of Shaft N with electricians.

17.    Mr. John D. O'Reilly, III
       Construction Industries of Massachusetts
       77 Turnpike Road
       Southborough, MA 01745
       (508) 460-1600

Mr. O'Reilly may have knowledge regarding labor and management issues relevant to STH's Shaft N Electricians Manning Claim.

**II.    Description by Category and Location of All Relevant Documents**

Set forth below is a description by category of relevant documents in Shea-Traylor-Healy's custody and control. The documents from the Project are located in a storage container in Weehawken, New Jersey. Additionally, there may be copies of the documents at J.F. Company, Inc.'s offices in Walnut, California. As our investigation of this matter is ongoing, Plaintiffs reserve the right to supplement this list.

1.    The Contract Documents for MWRA Contact No. 6055.

2.    Documents relating to the agreement between Shea-Traylor-Healy and KC Electric to provide electricians for the Project.

3.    Correspondence between MWRA/Stone & Webster and Shea-Traylor-Healy relating to the Shaft N Electricians Manning Dispute.

4.    Correspondence between Shea-Traylor-Healy and KC Electric relating to the topside manning of Shaft N with electricians and the Shaft N Electricians Manning Dispute.

5.    Correspondence between Construction Industries of Massachusetts and Shea-Traylor-Healy relating to the Shaft N Electricians Manning Dispute.

6.    Internal Shea-Traylor-Healy documents relating to the topside manning of Shaft N with electricians and/or the Shaft N Electricians Manning Dispute.

7.    Shea-Traylor-Healy cost records relating to Shea-Traylor-Healy's costs to provide a topside electrician at Shaft N, including but not limited to invoices, payment ledgers, cost records, and cancelled checks.

8.    Documents which refer to, reflect, constitute or discuss labor management issues on the Project and/or MWRA Metrowest Water Supply Projects.

9.    Documents which refer to, reflect, constitute or discuss MWRA's Project Labor Agreement.

## III.    Computation of Damages

As set forth in its Shaft N Electricians Manning Claim, Shea-Traylor-Healy sustained damages attributable to MWRA's breaches in the amount of $356,079.75, exclusive of attorneys fees and interest, based on the following calculation:  Shea-Traylor-Healy paid KC Electric $222,717.01 for providing a topside electrician at Shaft N from the week of September 6, 2001 through the week of June 16, 2002.  Shea-Trayor-Healy estimated that its costs to man Shaft N with a topside electrician after June 16, 2002 were $80,008.40.  Shea-Trayor-Healy then marked up the cost paid to KC Electric for providing the electricians plus the estimated costs with the contractually allowed markups for fees, small tools and supplies, insurances and bond, bringing the total, as noted above to $356,079.75.  The detailed calculations are set forth in Shea-Trayor-Healy's Shaft N Electricians Manning Claim.  Shea-Trayor-Healy has not yet updated its damages for actual costs after June 16, 2002, but will supplement this answer once those computations are performed.

/s/ Jeremy Blackowicz
Joel Lewin, Esq. (BBO # 298040)
Jeremy Blackowicz, Esq. (BBO #650945)
**Hinckley, Allen & Snyder, LLP**
28 State Street
Boston, MA 02109
Tel: (617) 345-9000

/s/ Henry D. Danforth
Henry D. Danforth, Esq. (admitted pro hac vice)
Arnie B. Mason, Esq. (admitted pro hac vice)
**Watt, Tieder, Hoffar & Fitzgerald, L.L.P.**
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000

DATED: May 27, 2005

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was electronically served on all counsel of record, with a courtesy copy by first class regular mail, postage prepaid, as required by the Standing Order of This Court.

/s/ Henry D. Danforth
Henry D. Danforth, Esq.