UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
SHEA-TRAYLOR-HEALY,                     )
A JOINT VENTURE,                        )
                                        )
    Plaintiff,                          )
                                        )
v.                                      )
                                        )   Case No. 04-11969-NMG
MASSACHUSETTS WATER RESOURCES           )
AUTHORITY,                              )
                                        )
    Defendant.                          )
_____)

**PLAINTIFF'S RULE 26 SUPPLEMENTAL AUTOMATIC DISCOVERY DISCLOSURES**

Pursuant to F.R.C.P. 26(a)(1), Local Rules 26.1 and 26.2, and the request of Defendant Massachusetts Water Resources Authority ("MWRA"), Plaintiff Shea-Traylor-Healy, a Joint Venture ("STH"), hereby supplements its automatic required discovery disclosures to identify those witnesses and documents relevant to MWRA's requested Phase One discovery, described by MWRA as being "targeted to determine whether [STH] can establish liability against the MWRA, to challenge a decision rendered by the Construction Manager (Stone & Webster, Inc.) within the Project Labor Agreement based on the underlying facts." (referred to as "MWRA's Phase One discovery"). By STH's agreement to provide these supplemental automatic discovery disclosures, STH does not waive, and hereby reserves, its rights and position concerning the proper scope of Phase One discovery as stated by STH in the parties' May 12, 2005 Joint Statement on Bifurcated Discovery.

**I.      Individuals With Discoverable Information**

The following individuals are likely to have discoverable information relevant to MWRA's Phase One discovery. As our investigation into this matter is ongoing, Plaintiff reserves the right to supplement this list:

1.  James M. Marquardt
2.  Jeff Salai
3.  Jim Rosteck
4.  C.H. Atherton
5.  Michael McBride
6.  Ken Chin
7.  A.J. Stewart
8.  Chuck Sekinger
9.  Peter Healy
10. N. Shanabrook
11. Hugh O'Connor
12. Ken Cohen
13. Nancy Cohen
14. James Collins
15. Don Reisner
16. Joseph Sheehan
17. John D. O'Reilly, III

**II.     Description by Category and Location of All Relevant Documents**

Set forth below is a description by category of documents relevant to MWRA's Phase One discovery that are within Shea-Traylor-Healy's custody and control. The documents from the Project are located in a storage container in Weehawken, New Jersey. Additionally, there may be copies of the documents at J.F. Company, Inc.'s offices in Walnut, California. As our investigation of this matter is ongoing, Plaintiff reserves the right to supplement this list.

1.  The Contract Documents for MWRA Contact No. 6055, including the Contract Specifications Section 00150, the General Conditions, and the Project Labor Agreement.

2.  Correspondence between MWRA/Stone & Webster and Shea-Traylor-Healy relating to the Shaft N Electricians Manning Dispute, including the following correspondence:

- Letter dated September 25, 2001 from James M. Marquardt, Project Manager, Shea-Traylor-Healy, to A.J. Stewart, Construction Manager, Stone & Webster;

- Letter dated November 13, 2001 from James M. Marquardt, Project Manager, Shea-Traylor-Healy, to A.J. Stewart, Construction Manager, Stone & Webster;

- Letter dated April 29, 2002 from A.J. Stewart, Construction Manager, Stone & Webster to James M. Marquardt, Project Manager, Shea-Traylor-Healy;

- STH's Claim dated July 15, 2002, designated as Claim No. 02-17 Shaft N Electricians Labor Dispute by MWRA;

- MWRA's Engineer's Decision dated February 21, 2003;

3. Correspondence between Shea-Traylor-Healy and KC Electric relating to the topside manning of Shaft N with electricians and the Shaft N Electricians Manning Dispute.

4. Correspondence between Construction Industries of Massachusetts and Shea-Traylor-Healy relating to the Shaft N Electricians Manning Dispute, including a letter dated June 7, 2002.

5. Internal Shea-Traylor-Healy documents relating to the topside manning of Shaft N with electricians and/or the Shaft N Electricians Manning Dispute, including a narrative regarding such dispute.

6. Documents that refer to, reflect, constitute or discuss MWRA's Project Labor Agreement.

DATED: June 30, 2005

/s/Jeremy Blackowicz
Joel Lewin, Esq. (BBO # 298040)
Jeremy Blackowicz, Esq. (BBO #650945)
**Hinckley, Allen & Snyder, LLP**
28 State Street
Boston, MA 02109
Tel: (617) 345-9000


/s/Arnie B. Mason
Henry D. Danforth, Esq. (admitted pro hac vice)
Arnie B. Mason, Esq. (admitted pro hac vice)
**Watt, Tieder, Hoffar & Fitzgerald, L.L.P.**
8405 Greensboro Drive, Suite 100
McLean, Virginia  22102
(703) 749-1000


## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was electronically served on all counsel of record, with a courtesy copy by first class regular mail, postage prepaid, as required by the Standing Order of This Court.

/s/Arnie B. Mason
Arnie B. Mason, Esq.

Dated:  June 30, 2005

4