UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEA-TRAYLOR-HEALY,<br>A JOINT VENTURE,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS WATER<br>RESOURCES AUTHORITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-11969-NMG |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Now come the Plaintiff Shea-Traylor-Healy, a Joint Venture ("STH"), and Defendant Massachusetts Water Resources Authority ("MWRA") (collectively the "parties") and hereby respectfully move this Court to amend its Scheduling Order entered on May 19, 2005, as amended on July 7, 2005, to extend the time for the parties to complete Phase One discovery to September 9, 2005 and for the MWRA to file its motion, if any, on or before September 23, 2005.

In support, the parties state as follows:

1. At the May 5, 2005 Scheduling Conference, this Court ordered bifurcated "Phase One" discovery.

2. In its May 19, 2005 Scheduling Order, this Court established, *inter alia*, that "discovery on issue liability" is due to be completed by July 5, 2005, with "non expert discovery" to be completed by December 31, 2005.

3. Both parties have filed Initial Disclosures and identified the documents and witnesses from its Initial Disclosures for Phase One discovery.

4.  The parties have worked cooperatively and in good faith through discovery, and have issued discovery requests (interrogatories and document requests).

5.  In addition, six depositions have been noticed. However, despite best efforts, due to scheduling conflicts, business travel, and vacations, the parties are unable to complete the depositions prior to August 9, 2005.

6.  The parties' joint request to amend the Scheduling Order does not seek additional time to conduct additional discovery, but only sufficient time to allow both parties to complete the discovery that has already been issued for this initial phase of discovery.

7.  Accordingly, both parties jointly request modification of the Scheduling Order as follows:

    a.  Discovery cutoff for the bifurcated discovery is extended to September 9, 2005 to allow for the completion of discovery previously issued; and,

    b.  MWRA's Rule 56 motion based on Phase One discovery is to be filed by September 23, 2005.

8.  The requested extension would not otherwise affect the dates set forth in this Court's May 19, 2005 Scheduling Order, as amended by its July 7, 2005 Order. For all of the reasons set forth above, the parties request that this Joint Motion be granted.

| SHEA-TRAYLOR-HEALY, A JOINT VENTURE | MASSACHUSETTS WATER RESOURCES AUTHORITY |
|---|---|
| \s\Arnie B. Mason<br>Henry D. Danforth, Esq.<br>Arnie B. Mason, Esq.<br>Watt, Tieder, Hoffar & Fitzgerald, LLP<br>8405 Greensboro Drive<br>Suite 100<br>McLean, VA  22102-4224<br>(703) 749-1000 (tel.)<br>(703) 893-8029 (fax) | \s\Paul T. Milligan<br>Michael T. McInerny, Esq. (BBO# 549480)<br>Paul T. Milligan, Esq. (BBO# 552574)<br>Nelson Kinder Mosseau & Saturley, PC<br>45 Milk Street, 7th Floor<br>Boston, MA 02109<br>(617) 778-7500 (tel.)<br>(617) 778-7501 (fax) |
| \s\Joel Lewin<br>Joel Lewin, Esq. (BBO# 248040)<br>Eric F. Eisenberg, Esq. (BBO# 544682)<br>Hinckley, Allen, Snyder, LLP<br>28 State Street, 29th Floor<br>Boston, MA  02109-1775<br>(617) 345-9000 (tel.)<br>(617) 345-9020 (fax) | \s\John V. Navoy<br>Steven A. Remsberg, Esq. (BBO# 416620<br>John V. Navoy, Esq. (BBO# 367780)<br>Massachusetts Water Resources Authority<br>Charlestown Navy Yard<br>100 First Avenue, Building 39<br>Boston, MA  02129<br>(617) 788-1145 (tel.) |

Date:  August 8, 2005

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was electronically served on all counsel of record, with a courtesy copy by first class regular mail, postage prepaid, as required by the Standing Order of This Court.

\s\Paul T. Milligan
Paul T. Milligan

Date:  August 8, 2005