# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEA-TRAYLOR-HEALY, A JOINT VENTURE, </br></br>Plaintiff, </br></br>v. </br></br>MASSACHUSETTS WATER RESOURCES AUTHORITY, </br></br>Defendant | CIVIL ACTION NO. 04-11969-NMG |

## STIPULATION OF DISMISSAL

Plaintiff Shea-Traylor-Healy, a Joint Venture ("STH"), by its undersigned attorneys, and Defendant Massachusetts Water Resources Authority ("MWRA") hereby stipulate to the dismissal of this action in its entirety with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs.

DATED this 21st day of April 2006.

Respectfully submitted,

| **SHEA-TRAYLOR-HEALY,** </br> **A JOINT VENTURE** | **MASSACHUSETTS WATER** </br> **RESOURCES AUTHORITY** |
|---|---|
| /s/ Arnie B. Mason </br> Henry D. Danforth, Esq. </br> Arnie B. Mason, Esq. </br> Watt, Tieder, Hoffar & Fitzgerald, LLP </br> 8405 Greensboro Drive, Suite 100 </br> McLean, VA  22102-4224 </br> (703) 749-1000 (tel.) </br> (703) 893-8029 (fax) | /s/ Paul T. Milligan </br> Michael T. McInerny, Esq. (BBO# 549480) </br> Paul T. Milligan, Esq. (BBO# 552574) </br> Nelson Kinder Mosseau & Saturley, PC </br> 45 Milk Street, 7th Floor </br> Boston, MA 02109 </br> (617) 778-7500 (tel.) </br> (617) 778-7501 (fax) |
| /s/ Eric F. Eisenberg </br> Joel Lewin, Esq. (BBO# 248040) </br> Eric F. Eisenberg, Esq. (BBO# 544682) </br> Hinckley, Allen, Snyder, LLP </br> 28 State Street, 29th Floor </br> Boston, MA  02109-1775 </br> (617) 345-9000 (tel.) </br> (617) 345-9020 (fax) | /s/ John V. Navoy </br> Steven A. Remsberg, Esq. (BBO# 416620 </br> John V. Navoy, Esq. (BBO# 367780) </br> Massachusetts Water Resources Authority </br> Charlestown Navy Yard </br> 100 First Avenue, Building 39 </br> Boston, MA  02129 </br> (617) 788-1145 (tel.) |

## CERTIFICATE OF SERVICE

     I hereby certify that on this 21st day of April 2006, a true copy of the above document was electronically served on all counsel of record, with a courtesy copy by first class regular mail, postage prepaid, as required by the Standing Order of This Court.

                                            /s/ Arnie B. Mason  
                                            Arnie B. Mason